

**United States Court of Appeals**

THE PIONEER COURTHOUSE
700 S. W. SIXTH AVENUE
PORTLAND, OREGON 97204-1396

Chambers of
**DIARMUID F. O'SCANNLAIN**
United States Circuit Judge

June 27, 2008

(503) 833-5380

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington D.C. 20544

RECEIVED 2008 JUL -1 A 10: 56 FINANCIAL DISCLOSURE OFFICE

Re: Calendar Year 2007 Filing

Dear Judge Smith:

Responsive to your letter of June 6, 2008, please be advised that the "US Bancorp Brokerage Account" listed in Part VII, page 5, line 15, is simply the holding account for the Fidelity money market item which is listed on line 16. There is no other investment held in the brokerage account. Having conferred with Mr. Reynolds of the Committee's staff today, it appears that I need not have listed the brokerage account at all since the only holding in it has been separately accounted for in line 16.

I trust this is fully responsive to your letter of June 6.

Sincerely,

Diarmuid F. O'Scannlain
United States Circuit Judge
for the Ninth Circuit

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Scannlain, Diarmuid F. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge(Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 S.W. Sixth Ave. Suite 313<br>Portland, Oregon 97204-1396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Visitors Member | Lewis & Clark Law School |
| 2.   Board of Advisors Member | Harvard Journal of Law & Public Policy |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -7 A 11:29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01-05/07 | Lewis & Clark Law School, Portland, OR (law teaching) | $ 3,300 |
| 2. 06/07 | University of San Diego (law teaching) | $ 200 |
| 3. 07/07 | New York University Law School (law teaching) | $ 1,800 |
| 4. 07/07 | McGeorge School of Law (law teaching) | $ 3,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Law School Federalist Society | January 12-2007 | New York, NY | Speaker | Transportation, meals, hotel |
| 2. | University of San Diego Law School Summer Study Abroad | May 28 -- June 22, 2007 | Barcelona Spain | Faculty Member | Transportation, meals, hotel |
| 3. | McGeorge School of Law, University of the Pacific | July 13 -- 29, 2007 | Salzburg, Austria | Faculty Member | Transportation, meals, hotel |
| 4. | New York University School of Law | July 7 -- 13, 2007 | New York, NY | Faculty Member | Transportation, meals, hotel |
| 5. | The Centre -- European | July 17 -- | Brussels, Belgium | Panel Member | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Scannlain, Diarmuid F | 05/06/2008 |

| | | | | | |
|---|---|---|---|---|---|
| | Union - United States Comparative Law Roundtable | 19, 2007 | | | |
| 6. | Howard Hedinger | September 13 -- 15, 2007 | Las Vegas, NV | Wedding Officiant | Transportation, meals, hotel |
| 7. | Gonzaga University School of Law | September 18 -- 19, 2007 | Spokane, WA | Red Mass Homily | Transportation, meals, hotel |
| 8. | Amherst College Colloquium on American Founding | September 27 -- 30, 2007 | Amherst, MA | Panel Member | Transportation, meals, hotel |
| 9. | Pepperdine University School of Law | October 18 -- 20, 2007 | Malibu, CA | Panel Member | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA US Treasury Bonds (CATS) | | None | | | Redemption | 11/15 | J | A | |
| 2. IRA Glaxo Smith Kline PLC (com. stock) | A | Dividend | | | Sold | 11/2 | J | A | |
| 3. IRA Citibank formerly Smith Barney Money Funds (money mkt) | A | Dividend | | | Sold | 11/16 | J | A | |
| 4. IRA Ameren Corp. (com. stock) | A | Dividend | | | Sold | 3/14 | J | A | |
| 5. IRA Neenah Paper Inc. (com. stock) | A | Dividend | | | Sold | 11/2 | J | A | |
| 6. Fountainhead Apts. (Ltd. Partnership) | | None | J | W | | | | | |
| 7. Indiana Realty (Ltd. Partnership) | B | Distribution | J | W | | | | | |
| 8. Crystal Hopper (Ltd. Partnership) | B | Distribution | | | Sold | 3/16 | J | B | |
| 9. Session Co. (Ltd. Partnership) | | None | J | W | | | | | |
| 10. Ramagon Toys (com. stock) | | None | | | | | | | |
| 11. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 12. Citibank formerly Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated Trades Throughout Year |
| 13. Marriott Ownership Resorts Shadow Ridge Time Share | | None | K | W | | | | | |
| 14. Merrill Lynch CMA Account | A | Interest | | | Sold | 12/28 | J | A | |
| 15. US Bancorp Brokerage Account | | None | J | T | Buy | 12/31 | J | | |
| 16. Fidelity Money Market | | None | J | T | Buy | 12/31 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III-A:

5.   Date: December 2007; Source/Type: Amherst College/Panel Member September 27-30, 2007; Amount: $1,000 to University of Portland Garaventa Center in lieu of honoraria

6.   Date: December 2007; Source/Type: Amherst College/Panel Member September 27-30, 2007; Amount: $1,000 to Jesuit High School, Portland, Oregon in lieu of honoraria

VII.

10.  Ramagon Toys stock is worthless.  Ramagon no longer functions as an operating company and this item will be removed in future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544